**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANONE INC., <br>     Plaintiff, <br> v. <br> GREAT AMERICAN INSURANCE COMPANY, et al., <br>     Defendants. | Case No.: 2:21-cv-01554-JCM-NJK <br><br> **Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than December 14, 2021, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: December 7, 2021

                                                      Nancy J. Koppe <br>
                                                      United States Magistrate Judge