# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANONE INC., | Case No. 2:21-CV-1554 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| GREAT AMERICAN INSURANCE COMPANY, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *JanOne, Inc. v. Great American Insurance Company et al.*, case number 2:21-cv-01554-JCM-NJK. Plaintiff JanOne, with the consent of defendants Great American Insurance Company and Endurance American Insurance Company, asks that this case be stayed pending the resolution of the parties' private, facultative mediation set for February 7, 2022. (*See* ECF No. 16).

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also Stern v. United States*, 563 F. Supp. 484, 489 (D. Nev. 1983).

While the parties request an indefinite stay and promise to provide the court with a status report after mediation, the court imposes a clear timeframe for the parties to respond.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is STAYED until February 21, 2022, fourteen days after the parties' mediation. All deadlines in this

**James C. Mahan**
**U.S. District Judge**

matter[1] are extended until February 28, 2022.  The parties shall file a joint status report on the status of their mediation no later than February 21, 2022.

Presently before the court is the matter of *JanOne, Inc. v. Great American Insurance Company et al.*, case number 2:21-cv-01554-JCM-NJK.  Plaintiff JanOne, with the consent of defendants Great American Insurance Company and Endurance American Insurance Company, asks that this case be stayed pending the resolution of the parties' private, facultative mediation set for February 7, 2022.  (*See* ECF No. 16).

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."  *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also Stern v. United States*, 563 F. Supp. 484, 489 (D. Nev. 1983).

While the parties request an indefinite stay and promise to provide the court with a status report after mediation, the court imposes a clear timeframe for the parties to respond.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is STAYED until February 21, 2022, fourteen days after the parties' mediation.  All deadlines in this matter[2] are extended until February 28, 2022.  The parties shall file a joint status report on the status of their mediation no later than February 21, 2022.

DATED December 21, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Including deadlines for service, waiver and acceptance of service, discovery, proposed discovery plans, etc.

[2] Including deadlines for service, waiver and acceptance of service, discovery, proposed discovery plans, etc.

**James C. Mahan**
**U.S. District Judge**

- 2 -