J. Stephen Peek
Nevada Bar No. 1758
Jessica E. Whelan
Nevada Bar No. 14781
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
jewhelan@hollandhart.com

Christopher Edward Kentra, Esq.
(Admitted pro hac vice)
Blake Andrew Roter, Esq.
(Admitted via pro hac vice)
BURKE, WARREN, MACKAY & SERRITELLA, P.C.,
330 N. Wabash, 21st Floor
Chicago, IL 60611
ckentra@burkelaw.com
broter@burkelaw.com
Phone: 312.840.7000
Fax: 312.840.7900

*Attorneys for Plaintiff JanOne, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANONE INC. f/k/a APPLIANCE RECYCLING CENTERS OF AMERICA, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN INSURANCE COMPANY and ENDURANCE AMERICAN INSURANCE COMPANY,<br><br>Defendants | Case No.  2:21-cv-01554-JCM-NJK<br><br>**ORDER GRANTING MOTION TO REMOVE J. STEPHEN PEEK AS COUNSEL OF RECORD**<br><br>[Docket No. 28] |

This matter is before the Court on the Motion to Withdraw as Counsel of Record (ECF No. 28) filed May 18, 2022. J. Stephen Peek to withdraw as counsel of record for Plaintiff. The Motion represents that J. Stephen Peek will no longer be associated with this case.  The Motion also represents that the Plaintiff will continue to be represented by attorneys Jessica E. Whelan of Holland & Hart LLP and Christopher Edward Kentra and Blake Andrew Roter of Burke

Warren Mackay& Serritella P.C.  Local Rule IA 11-6 provides that "no withdrawal . . . will be approved if it will result in delay of discovery, the trial, or any hearing in the case." Discovery has not yet closed and withdrawal will not delay this action.

Having reviewed and considered this matter, and for good cause shown, IT IS SO ORDERED:

1. The Motion to Withdraw (ECF No. 28) is GRANTED.

2. Plaintiff will continue to be represented by continue to be represented by attorneys Jessica E. Whelan of Holland & Hart LLP and Christopher Edward Kentra and Blake Andrew Roter of Burke Warren Mackay& Serritella P.C.

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: May 19, 2022

18916708_v1

6